3153 (Rev. 01-19)



GRETCHEN WHITMER  
GOVERNOR

STATE OF MICHIGAN  
DEPARTMENT OF TREASURY  
LANSING

RACHAEL EUBANKS  
STATE TREASURER

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN

In re: KOSTANTINOS STATHIS  
OLGA PAGANOS-STATHIS  
741 BRIARCLIFF DRIVE  
GROSSE POINTE, MI 48236  
Debtor

Case No.: 24-43124  
Chapter: 13  
Honorable: MLO

## WITHDRAWAL OF REQUEST FOR PAYMENT OF CLAIMS

The State of Michigan, Department of Treasury, hereby withdrawals its request for payment of the following claims:

| | Claim No. | Amount |
|---|---|---|
| Secured: | | $ |
| Priority: | 8-1 | $ 9590.77 |
| Unsecured: | 8-1 | $ 62009.38 |
| Administrative: | | $ |

Total to be withdrawn: $ 71600.15

/S/ Katina Litterini

Director  
Collection Services Bureau  
Michigan Department of Treasury